898 F.2d 139
 Comer (Ulysses G.)
v.
Sch. Dist. of Phila., Salandria (Vincent), Moss (Arnold),
Kaufman (Herbert), Clayton (Constance, Dr.), Wookey
(Frederick, Jr.), Weingarten (Gail), Bailey-Green (Wanda),
Melamed (Jerome), Mullin (Charles, Jr.), Kirsch (Theodore),
Zarsky (Barbara), Hayes (Eloise), Phila. Fed. of Teachers
Legal Serv. Fund, Murray (John), Malone (John), White
(Earl), Linder (Irwin), Sebastian (Thomas),
Rapoport(Janice), Parker (Linda), Richman (Sonya), Schman
(Marvin), John
 NO. 89-1291
 United States Court of Appeals,
Third Circuit.
 FEB 22, 1990
 
 1
 Appeal From: E.D.Pa.,
 
 
 2
 Fullam, C.J.
 
 
 3
 AFFIRMED.